UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                     MISC. NO. 09-mc-50898

  -vs-

                                     HON. ROBERT H. CLELAND

BRYCE BERGER,

    Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Bryce Berger, has complied with the Internal Revenue Service Summons served upon him on November 13, 2008, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Bryce Berger, by the petitioner is hereby dismissed without prejudice and without costs.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: November 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 9, 2009, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522